AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF  _Massachusetts_

UNITED STATES OF AMERICA

v.

_Marcelo Balmes_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _04m-1061-JCB_

I, _Marcelo Balmes_, charged in a ☒ complaint ☐ petition pending in this District _Massachusetts_ in violation of _18_, U.S.C., _1028(a)(2)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

X _Marcelo Balmes Rocha_
Defendant

_4/8/04_
Date

_Page Kelley_
Counsel for Defendant