```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. |
| ) | VIOLATIONS: |
| MARCELO BALMES  ) | 18 U.S.C. §1028(a)(2) |
| ) | (Transfer of False |
| ) |   Identification |
| ) |   Documents) |
| ) | 18 U.S.C.§1028(a)(5) |
| ) | (Possession of |
| ) |   False Document-Making |
| ) |   Implements) |
| ) | 18 U.S.C.§1546(a) |
| ) | (Fraud and Misuse of |
| ) |   Documents) |
| ) | 18 U.S.C.§2 |
| ) | (Aiding and Abetting) |
| ) | |

## INFORMATION

COUNT ONE:   18 U.S.C. §1028(a)(2) - Transfer of False
             Identification Documents

The United States Attorney charges that:

On December 18, 2003, at Everett, in the District of Massachusetts,

**MARCELO BALMES,**

the defendant herein, did knowingly transfer false identification documents, to wit: two counterfeit Social Security Administration account number cards and two counterfeit alien registration cards, which appeared to be issued by or under the authority of

1

the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

COUNT TWO:     18 U.S.C. §1028(a)(2) - **Transfer of False Identification Documents**

The United States Attorney further charges that:

On or about January 5, 2004, at Everett, in the District of Massachusetts,

**MARCELO BALMES,**

the defendant herein, did knowingly transfer false identification documents, to wit: four counterfeit Social Security Administration account number cards and ten counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

COUNT THREE:   18 U.S.C. §1028(a)(5) - **Possession of Document-Making Implements**

The United States Attorney further charges that:

On or about March 31, 2004, at Peabody, in the District of Massachusetts,

**MARCELO BALMES,**

the defendant herein, knowingly possessed document-making implements, to wit: a computer, a laminating machine, and a perforator with the intent that such document-making implements would be used in the production of false identification documents.

All in violation of Title 18, United States Code, Section 1028(a)(5).

<u>COUNT FOUR</u>:   Title 18 U.S.C. §1546(a) - Fraud and Misuse of Documents

The United States Attorney further charges that:

From on or about December 18, 2003, and continuing until on or about February 4, 2004, at Somerville, in the District of Massachusetts,

**MARCELLO BALMES**,

the defendant herein, did knowingly forge, counterfeit, alter, and falsely make documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit: Social Security Administration account number cards and alien registration cards.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: *[signature]*
William H. Connolly
Assistant U.S. Attorney

DATED:   June 18, 2004