UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10154-RCL</u>

UNITED STATES

v.

MARCELO BALMES
Defendant

## NOTICE OF PLEA HEARING

LINDSAY, D.J.

The parties have advised the Court that the defendant(s) will plead to an information. A hearing on the proposed plea is hereby scheduled for June 22, 2004 at 2:30PM, in Courtroom No. 11, 5th floor, U.S. Courthouse, Boston, MA. Any written plea agreement between the defendant(s) and the government shall be filed not later than three days before the hearing. If the parties do not anticipate that there will be advise a written plea agreement between the defendant(s) and the government, the parties shall so the Court not later than three days before the hearing.

So Ordered.

By the Court,

/s/ Lisa M. Hourihan
Deputy Clerk

May 20, 2004