# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10154-RCL</u>

UNITED STATES

v.

MARCELO BALMES
Defendant

# **NOTICE OF RESCHEDULING**

LINDSAY, D.J.

TAKE NOTICE that the Rule 11 Hearing set in the above-entitled case has been rescheduled from **June 22, 2004** at **2:30PM** to **June 22, 2004**, at **10:30AM**, in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

June 14, 2004

To: All Counsel