UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10154 RCL |
| | ) | |
| MARCELO BALMES | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE PLEA HEARING

Counsel for defendant Marcelo Balmes respectfully requests that the defendant's Rule 11 hearing, scheduled for Thursday, August 19 at 2:30 p.m., be rescheduled to Tuesday, August 24 at 2:30 p.m. Counsel so requests because of personal issues concerning childcare during the week of August 16, which were not known to her at the time the hearing was scheduled. The Assistant United States Attorney assigned to this case, William Connolly, assents to this motion.

Counsel notes that a Portugese interpreter will be required at the hearing as the defendant, a native of Brazil, speaks almost no English.

MARCELO BALMES
By his attorney,


/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061