UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04 - 10154-RCL |
| v. | ) | |
| MARCELO BALMES | ) | |

## WAIVER OF INDICTMENT

Defendant MARCELO BALMES, after having been advised of the nature of the felony charges in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
Marcelo Balmes
Defendant

_____
Page Kelley, Esq.
Attorney for Defendant

Date: